EASTMAN DILLON UNION SECURITIES & CO., INC., Plaintiff-Appellant, *v.* HERBERT SHAYMAN, Defendant-Appellee.

(No. 58244;

First District (2nd Division)—May 8, 1973.

PER CURIAM.

Brazen & Norwell, of Chicago, (Lionel I. Brazen and Manuel Rosenstein, of counsel,) for appellant.

David B. Carlson, of Chicago, for appellee.